Case 2:20-cv-00563-RAJ-LRL Document 25 Filed 06/13/22 Page 1 of 2 PageID# 162

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



**KELLY G.,**

        **Plaintiff,**

v.                                                     Case No. 2:20-cv-563

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

        **Defendant.**

## ORDER

Before the Court is Kelly G.'s ("Plaintiff") Objection to United States Magistrate Judge Lawrence R. Leonard's Report and Recommendation at ECF No. 22, which was filed by Plaintiff on January 3, 2022. Pl.'s Obj. ECF No. 22 Order, ECF No. 23. Acting Commissioner of Social Security, Kilolo Kijakazi ("Defendant"), responded on January 12, 2022. Def.'s Resp. Pl.'s Obj., ECF No. 24.

A district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to within 14 days. 28 U.S.C. § 636(b)(1)(B)-(C); Fed. R. Civ. P. 72(b). Plaintiff argues that Judge Leonard errored by finding that the Administrative Law Judge ("ALJ") sufficiently defined a pace limitation in her written opinion. Defendant contends that Plaintiff fails to identify a specific error in Judge Leonard's proposed ruling and that the ALJ did provide a sufficient pace limitation in her decision.

Upon *de novo* review of all evidence relevant to Plaintiff's Objection, the Court finds no error with Judge Leonard's proposed disposition. The Court hereby **ADOPTS AND AFFIRMS** Judge Leonard's Report and Recommendation regarding Plaintiff's qualification for disability insurance benefits and supplemental security income under the Social Security Act. Plaintiff's

Motion for Summary Judgment is **DENIED,** and the Commissioner's Motion for Summary Judgment is **GRANTED**. This case is **DISMISSED WITH PREJUDICE.**

The Clerk is **DIRECTED** to send a copy of this Order to the parties and all counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
June *1*3, 2022

Raymond A. Jackson
United States District Judge